John Warner et al., Plaintiffs, v. Ella King et al., Defendants.
John Warner, Jr., Appellee, v. Winifred W. Rogers, Appellant.

Gen. No. 9,622.

opinion
filed February 28, 1949; rehearing denied April 16, 1949; released for publication April 18, 1949. James S. Baldwin and LeForgee & Samuels, for appellant; George J. Smith and Wirt Herrick, guardian ad litem, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.